**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:

|  |  |  |
|---|---|---|
|  | : | Case No. 10-63282 |
| Patricia Harter | : | Chapter 13 |
|  | : | Judge Caldwell |

Debtor(s)

## NOTICE OF FILING OF CHANGE OF ADDRESS

Now comes the Debtor, Patricia Harter, through counsel, who respectfully notifies the Court that she has moved and that her new mailing address is as follows:

375 Hutchinson Ave.
Columbus OH 43235


/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., L.P.A.**
4876 Cemetery Road
Hilliard, Ohio 43026
(614) 529-8600 Phone
(614) 529-8656 Fax
jenobile@ntlegal.com


CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Filing of Change of Address was served upon The Chapter 13 Trustee and The Office of the U.S. Trustee by Electronic Notification on the 18th day of June, 2015.

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., L.P.A.**