**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:

|  |  |  |
|---|---|---|
|  | : | Case No. 10-63282 |
| Patricia Harter | : | Chapter 13 |
|  | : | Judge Caldwell |

Debtor(s)

## NOTICE OF FILING OF CHANGE OF ADDRESS

Now comes the Debtor, Patricia Harter, through counsel, who respectfully notifies the Court that she has moved and that her new mailing address is as follows:

508 Under Brook Ct
Westerville OH 43081

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., L.P.A.**
4876 Cemetery Road
Hilliard, Ohio 43026
(614) 529-8600 Phone
(614) 529-8656 Fax
jenobile@ntlegal.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Filing of Change of Address was served upon The Chapter 13 Trustee and The Office of the U.S. Trustee by Electronic Notification on the 24th day of September, 2015.

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., L.P.A.**